A CERTIFIED TRUE COPY
ATTEST

By April Layne on Jan 03, 2008

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Jan 03, 2008

FILED
CLERK'S OFFICE

IN RE: KFC CORP. FAIR LABOR
STANDARDS ACT LITIGATION

MDL No. 1892

## TRANSFER ORDER

Before the entire Panel[*]: Common defendant KFC Corp. (KFC) has moved, pursuant to 28 U.S.C. § 1407, for coordinated or consolidated pretrial proceedings of this litigation in the District of Minnesota. Plaintiffs in all actions oppose the motion.

This litigation currently consists of 28 actions listed on Schedule A and pending in 27 districts as follows: two actions in the District of Minnesota and one action each in 26 other districts throughout the nation.

After considering all argument of counsel, we find that these 28 actions involve common questions of fact, and that centralization under Section 1407 in the District of Minnesota will serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation. All actions share factual questions arising out of similar allegations that KFC assistant unit managers are entitled to overtime compensation under the Fair Labor Standards Act (FLSA), 29 U.S.C. § 201, *et seq.*, and analogous state laws. Centralization under Section 1407 will eliminate duplicative discovery; prevent inconsistent pretrial rulings, including those with respect to certification of collective and class actions; and conserve the resources of the parties, their counsel and the judiciary.

Objecting plaintiffs assert that centralization under Section 1407 is unnecessary because, *inter alia*, most of the discovery required in the actions has already been completed. We respectfully disagree. Discovery and motion practice with respect to the common factual questions regarding the propriety of KFC's employment practices and compliance with the FLSA and related state laws remains. Centralization under Section 1407 has the salutary effect of placing all actions in this docket before a single judge who can formulate a pretrial program that ensures streamlined resolution of all actions to the overall benefit of the parties and the judiciary.

We are persuaded that the District of Minnesota is an appropriate transferee forum for this litigation. All actions now before the Panel arise from the decertification of a conditionally certified nationwide collective action filed in the District of Minnesota *Parler* action, which has been pending

---

[*] Judges Motz and Scirica did not participate in the disposition of this matter.

I hereby attest and certify on _____
that the foregoing document is a full, true and correct
copy of the original on file in my office and in my custody.

CLERK, U.S. DISTRICT COURT
DISTRICT OF ARIZONA

By _____ Deputy

U.S. DISTRICT COURT MPLS
JAN -3 2008
SCANNED

-2-

for over two years.

    IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 1407, the actions listed on Schedule A and pending outside the District of Minnesota are transferred to the District of Minnesota and, with the consent of that court, assigned to the Honorable David S. Doty for coordinated or consolidated pretrial proceedings with the actions pending there and listed on Schedule A.

PANEL ON MULTIDISTRICT LITIGATION

_____
John G. Heyburn II
Chairman

| | |
|---|---|
| D. Lowell Jensen | J. Frederick Motz[*] |
| Robert L. Miller, Jr. | Kathryn H. Vratil |
| David R. Hansen | Anthony J. Scirica[*] |

IN RE: KFC CORP. FAIR LABOR STANDARDS
ACT LITIGATION

MDL No. 1892

## SCHEDULE A

### Middle District of Alabama

Victoria Poole, et al. v. KFC Corp., C.A. No. 2:07-502

### District of Arizona

Linda Alberico Pelland, et al. v. KFC Corp., C.A. No. 2:07-1110

### District of Connecticut

Armando Amador v. KFC Corp., C.A. No. 3:07-883

### District of Delaware

James Prestigiacomo, et al. v. KFC Corp., C.A. No. 1:07-353

### District of District of Columbia

Gloria Bell, et al. v. KFC Corp., C.A. No. 1:07-1016

### Middle District of Florida

Mark Bourlotos, et al. v. KFC Corp., C.A. No. 8:07-968

### Northern District of Georgia

Constance Wilson, et al. v. KFC Corp., C.A. No. 1:07-1538

### Northern District of Illinois

Talia Pippion, et al. v. KFC Corp., C.A. No. 1:07-3957

### Southern District of Indiana

Vickie Aldridge, et al. v. KFC Corp., C.A. No. 4:07-77

### Western District of Kentucky

Karen Black, et al. v. KFC Corp., C.A. No. 3:07-312

Case 0:08-md-01892-DSD-JJG   Document 1   Filed 01/03/2008   Page 4 of 5

- A2 -

MDL No. 1892 Schedule A (Continued)

### Middle District of Louisiana

Tanya Ford, et al. v. KFC Corp., C.A. No. 3:07-390

### District of Maryland

Gloria Dozier, et al. v. KFC Corp., C.A. No. 8:07-1517

### District of Massachusetts

Francisco Anacleto, et al. v. KFC Corp., C.A. No. 1:07-11066

### Eastern District of Michigan

Minnie Ballard, et al. v. KFC Corp., C.A. No. 2:07-12538

### District of Minnesota

Christian Parler, et al. v. KFC Corp., C.A. No. 0:05-2198
Ray Ackerman, et al. v. KFC Corp., C.A. No. 0:07-2656

### Western District of Missouri

Jason Johnson v. KFC Corp., C.A. No. 4:07-416

### District of Nevada

Arturo Neyra, et al. v. KFC Corp., C.A. No. 2:07-795

### District of New Jersey

Robert Gruber, et al. v. KFC Corp., C.A. No. 1:07-2775

### Southern District of New York

David Thames, et al. v. KFC Corp., C.A. No. 1:07-6836

### Western District of North Carolina

Nikkia Barkley, et al. v. KFC Corp., C.A. No. 3:07-226

- A3 -

MDL No. 1892 Schedule A (Continued)

### Southern District of Ohio

Thomas Wellman, et al. v. KFC Corp., C.A. No. 1:07-439

### Western District of Oklahoma

Grahm Baccus, et al. v. KFC Corp., C.A. No. 5:07-648

### Eastern District of Pennsylvania

Troy Williams, et al. v. KFC Corp., C.A. No. 2:07-2920

### Eastern District of Tennessee

Kimberlee Bosworth v. KFC Corp., C.A. No. 1:07-131

### Western District of Texas

Claudio Hernandez, et al. v. KFC Corp., C.A. No. 3:07-201

### Eastern District of Virginia

Sebrina Dandrige, et al. v. KFC Corp., et al., C.A. No. 3:07-332

### Northern District of West Virginia

Hope Jones, et al. v. KFC Corp., C.A. No. 3:07-74