UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| **In re:** | Master File No. 08-md-01892-DSD/JJG |
| **KFC CORP. FAIR LABOR STANDARDS ACT LITIGATION** | This Document Relates to: All Cases |

**ORDER GRANTING FINAL JUDGMENT**

IT IS ORDERED AND ADJUDGED THAT:

1.      The Settlement Fund, as defined in the Settlement Agreement and Release between the parties, is hereby deemed to be a qualified settlement fund pursuant to U.S. Treasury Regulations § 1.468B-1, that will be subject to the continuing jurisdiction of this Court, from which all settlement consideration, including attorney fees and costs, taxes and any other fees and expenses shall be paid.

2.      The plaintiffs listed on attached Exhibit A have each entered, in their own individual capacity, into a settlement agreement with defendant and are hereby dismissed with prejudice.

3.      The plaintiffs listed on attached Exhibit B have either failed to communicate with plaintiffs' counsel for a substantial period of time or have otherwise chosen not to continue with this litigation.  Plaintiffs' counsel has submitted an affidavit describing the significant efforts they undertook to communicate with their clients. Based on this affidavit submitted by plaintiffs' counsel, the Court finds that the plaintiffs listed on attached Exhibit B have waived their respective claims and the Court hereby dismisses with prejudice such plaintiffs.   Plaintiff Christian Parler has rejected his settlement offer and the Court hereby dismisses his claim without prejudice.  This Order resolves each of the cases listed in the attached Exhibit C.

1928823

4.      This Court has jurisdiction over subject matter and the parties and retains continuing jurisdiction over (a) implementation of the parties' settlement agreement and any award or distribution of settlement payments; and (2) construction, enforcement, and administration of the parties' settlement agreement.

5.  Other than as agreed to in the Settlement Agreement and Release, each party will bear their own costs and fees.


        LET JUDGMENT BE ENTERED ACCORDINGLY.


Dated:  November 20, 2008                    s/David S.  Doty
                                             Hon. David S. Doty
                                             Judge, United States District Court