AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Gloria Dozier, Joseph Abbey, Marcus Allen, Derek Anderson, Ousman Bah, Erica Broxton, Leon Burns, Octavia Bynum, Kizzy Cribbs, Christopher Curry, Anil Das, Sharon Diggs, Rony Francois, Drusilla Fuller, Natia Funderburk, Claudia Galindo, Portia Hamilton, Mohamed Hamou, Sheila Howard (Harrison), Kenneth Holley, Judy Hose, Kevin Howard, Stephen Ike, Carlos Jimenez, Stephanie Johnson, Michael Joseph, Kevin Kramer, Gregory Kyler, Dana Lane, Jacqueline McCaffity, Sherry McJunkin, Kevin O'Rourke, Afolake Ogunduyile, Eric Olson, Hassan Oseni, Demetrius Palmer, Kyle Peterson, Marineth Porteria, Troy Shenton, Renee Smith, Christina Smith, August Smrek, Jody Stolipher, Jeanne Strong, Raheim Taylor, Tammy Thompson, Dalona Tribble, Tanya Tyson, Consuelo Wade, Jill Washington, Talaya Wilkerson, and Glenroy Young,

**JUDGMENT IN A CIVIL CASE**

Plaintiffs,

V.

Case Number: 08-00107 DSD/JJG

KFC Corporation,

Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. The Settlement Fund, as defined in the Settlement Agreement and Release between the parties, is hereby deemed to be a qualified settlement fund pursuant to U.S. Treasury Regulations § 1.468B-1, that will be subject

Form Modified: 09/16/04

to the continuing jurisdiction of this Court, from which all settlement consideration, including attorney fees and costs, taxes and any other fees and expenses shall be paid.

2. The plaintiffs listed on attached Exhibit A have each entered, in their own individual capacity, into a settlement agreement with defendant and are hereby dismissed with prejudice.

3. The plaintiffs listed on attached Exhibit B have either failed to communicate with plaintiffs' counsel for a substantial period of time or have otherwise chosen not to continue with this litigation. Plaintiffs' counsel has submitted an affidavit describing the significant efforts they undertook to communicate with their clients. Based on this affidavit submitted by plaintiffs' counsel, the Court finds that the plaintiffs listed on attached Exhibit B have waived their respective claims and the Court hereby dismisses with prejudice such plaintiffs. Plaintiff Christian Parler has rejected his settlement offer and the Court hereby dismisses his claim without prejudice. This Order resolves each of the cases listed in the attached Exhibit C.

4. This Court has jurisdiction over subject matter and the parties and retains continuing jurisdiction over (a) implementation of the parties' settlement agreement and any award or distribution of settlement payments; and (2) construction, enforcement, and administration of the parties' settlement agreement.

5. Other than as agreed to in the Settlement Agreement and Release, each party will bear their own costs and fees.

|  |  |
|---|---|
| November 21, 2008 | RICHARD D. SLETTEN, CLERK |
| Date | |
| | s/Janelle Zuech |
| | (By)    Janelle Zuech,   Deputy Clerk |

Form Modified: 09/16/04